UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**AMY ARZAMENDI, ET AL.,**

   Plaintiffs,

v.                                               No. 4:23-cv-0770-P

**LLOYD J. AUSTIN, III, ET AL.,**

   Defendants.

## FINAL JUDGMENT

This Judgment is issued as required by Federal Rule of Civil Procedure 58. In accordance with this Court's Order granting Defendants' Motions to Dismiss, dated this same day, this case is **DISMISSED without prejudice.** Each party shall bear their own respective attorney's fees and costs.

The Clerk shall transmit a true copy of this Judgment to the Parties.

**SO ORDERED** on this **16th day of April 2024.**

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE